EMIL F. KUPFER and MARY KUPFER, Respondents, v. JENNIE R. THOMPSON

and Others, Respondents. PACKARD MOTOR CAR COMPANY OF NEW YORK and Others, Appellants.— Motion for reargument granted on the questions raised except as to the question of right to a jury trial, and case set down for reargument on Tuesday, February 4, 1930. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.